```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LINA REISS, ET AL,                                                :
                                                                  :
                                                                  :
                         Plaintiffs,                              :
                                                                  :         20-cv-4330 (LJL)
         -v-                                                      :         20-cv-4332 (LJL)
                                                                  :
ETHICON INC., ET AL,                                              :         ORDER
                                                                  :
                         Defendants.                              :
                                                                  :
------------------------------------------------------------------X
------------------------------------------------------------------X
:
YVONNE ROMAN, ET AL,                                              :
                                                                  :
                         Plaintiffs,                              :
                                                                  :
         -v-                                                      :
                                                                  :
ETHICON INC., ET AL,                                              :
                                                                  :
                         Defendants.                              :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   The Court has set a conference in these cases for June 22, 2020. The parties are directed to meet and confer; no later than 5:00 p.m. on June 19, 2020, the parties shall electronically file a single collective proposed agenda for that conference.

   IT IS FURTHER ORDERED that the parties shall submit the "separate document" describing the history of *Daubert* motions (*see* No. 20-cv-4332, Dkt. No. 54 ¶ e) no later than 5:00 p.m. on July 1, 2020.

   SO ORDERED.

Dated: June 18, 2020                         _____
       New York, New York                             LEWIS J. LIMAN
                                                   United States District Judge