```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LINA REISS, ET AL,
YVONNE ROMAN, ET AL,

                       Plaintiffs,               20-cv-4330 (LJL)
          -v-                                     20-cv-4332 (LJL)

ETHICON INC., ET AL,                             ORDER

                      Defendants.

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    As discussed at the status conference today, the following is HEREBY ORDERED:

1. No later than July 1, 2020 at 12:00 p.m., the parties in both cases shall submit the proposed consent orders discussed at today's conference, which shall include dismissal of all claims that are no longer being prosecuted by the plaintiffs in these cases.

2. On July 1, 2020 at 12:00 p.m., the parties in the *Reiss* case shall simultaneously submit letter-briefs not to exceed three single-spaced pages addressed to the question whether the Court should permit Defendants to file, out of time, their intended supplemental motion for summary judgment regarding design defect.

3. The parties' July 1, 2020 submission regarding the history of *Daubert* motions shall be submitted by 12:00 p.m. that day and shall specify which portions of expert testimony will be relevant to any pending or intended motions for summary judgment.

4. No later than 12:00 p.m. on July 1, 2020, the parties in *Reiss* shall submit a joint stipulation addressing all discovery matters that can be addressed by way of stipulation with a short letter explaining what the stipulation is intended to accomplish.

5. The parties in both cases shall appear for a telephonic conference on July 29, 2020 at 3:00 p.m. The parties shall call (888) 251-2909 and use access code 2123101.

SO ORDERED.

Dated: June 22, 2020
       New York, New York

                                                    LEWIS J. LIMAN
                                                    United States District Judge