```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
LINA REISS, ET AL,                                                :
YVONNE ROMAN, ET AL,                                              :
                                                                  :
                                Plaintiffs,                       :       20-cv-4330 (LJL)
                -v-                                               :       20-cv-4332 (LJL)
                                                                  :
ETHICON INC., ET AL,                                              :       ORDER
                                                                  :
                                Defendants.                       :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2020

LEWIS J. LIMAN, United States District Judge:

    As discussed at the status conference today, the parties shall submit all updated summary judgment filings—motion, response, and reply—within two weeks of the date of this order.

    SO ORDERED.

Dated: July 29, 2020
       New York, New York
                                                  LEWIS J. LIMAN
                                        United States District Judge